RECEIVED MAY 22 2024 RICHARD W. NAGEL, CLERK OF COURT COLUMBUS, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_Southern_ DIVISION

Christopher T. McCollum
(Enter Above the Name of the Plaintiff in this Action)

vs.

Newark Police Department, et al
(Enter above the name of the Defendant in this Action)

2:24 CV 2 8 0

JUDGE MORRISON
MAGISTRATE JUDGE JOLSON

If there are additional Defendants, please list them:

Officer Colles    Licking County prosecutors office
Officer Stevens   Sergent Eskins
Officer Ulmer     Doug Wells
William Hase prosecuter
Cliff J. murphy

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Christopher Todd McCollum
Name - Full Name Please - PRINT

8725 P.O. Box
Street Address

Newark, Ohio 43058
City, State and Zip Code

740-825-5220
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Newark Police Departartment, et all
   Name - Full Name Please

   39 S 4th Street Newark, Ohio 43055
   Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

[X] Title 28 U.S.C. § 1343(3)
    [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

[ ] Title 28 U.S.C. § 1331
    [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

[ ] Title 28 U.S.C. § 1332(a)(1)
    [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

[ ] Title _____ United States Code, Section _____
    [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

On the night of 5-23-2022. I was dropping off my employee at the house he was staying at. I briefly talked and left to go home after our days work. As I was driving I noticed a police car coming up behind me at a high rate of speed. At the intersection of Merchant St and 11th St at approximately 9:00 pm I pulled over to let the officer pass me, instead the pulled in behind me and turned on their lights. Officer Stevens came to the passenger door and tried to talk to me through the rolled up window. I tried to explain my windows weren't automatic and then he wanted to enter my vehicle I told him I wasn't comfortable with that. I already had the drivers window down and ask if he would come to the drivers side. He refused and ordered me out of the vehicle. As I was trying to ask why, he left and Officer Collies started talking to me at the drivers side door. I had my phone in one hand and my left arm on the drivers side door. I was asking what crime I committed and why I needed to identify myself as he just opened my door and surprised me. I just reacted and put my left hand on the door, in shock, just trying to hold it closed. Officer Collies arm was in the door jam and it was caught by the door. Officer Collies ripped the door open and punched me in the face (which is how he hurt his hand) pulled me out of the vehicle and arrested me for assault on a police officer. I was put on probation, I was in jail for 11 and a half days. and being on probation without conviction. Found innocent

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | | |
|---|---|---|---|
| 2022cr360 | State of Ohio | vs. | Christopher T. McCollum |
| | | vs. | |
| | | vs. | |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

Plaintiff asks the Court to hold the Officers, Departments, And Prosecutors accountable for their Actions & Violating Plaintiff's Civil Rights, Abuse of Power, neglegent, lake of training And their misrepresentations to the Court.

Plaintiff asks to be reasonably Compensated for the treuma, Loss of Wages, tarnished reputation by Awarding him a montary Award to be determined.

I state under penalty of perjury that the foregoing is true and correct. Executed on

this _____ day of _____, 20____.

_____
Signature of Plaintiff

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | |
|---|---|---|
| 2022cr360 | State of Ohio | vs. Christopher T. McCollum |
| | | vs. |
| | | vs. |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

Plaintiff asks the Court to hold the Officers, Departments, And Prosecutors accountable for their Actions & Violating Plaintiff's Civil Rights, Abuse of Power, neglegent, lake of training And their misrepresentations to the Court.

Plaintiff asks to be reasonably Compensated for the trauma, loss of wages, tarnished reputation ~~ruined~~ by Awarding him a montary Award to be determined.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 22nd day of May, 2024.

X _____
Signature of Plaintiff

-4-