# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

CHRISTOPHER T. MCCOLLUM,

    Plaintiff,

v.

NEWARK POLICE DEPARTMENT, *et al.*,

    Defendants.

:

Case No. 2:24-cv-2806
Chief Judge Sarah D. Morrison
Magistrate Judge Kimberly A. Jolson

:

## ORDER

On January 23, 2025, the Magistrate Judge issued a Report and Recommendation recommending that Plaintiff Christopher T. McCollum's Second Amended Complaint be dismissed except for Counts I, II, III, V, and VI against Defendant Officers Colles, Stevens, and Ulmer in their individual capacities. (ECF No. 13.) The time for filing objections has passed, and no objections have been filed. (*See* ECF No. 15 (extending the objection deadline to March 10, 2025).) For the reasons therein, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 13). Mr. McCollum's Second Amended Complaint is **DISMISSED** except for Counts I, II, III, V, and VI against Officers Colles, Stevens, and Ulmer in their individual capacities.

    **IT IS SO ORDERED.**

    /s/ Sarah D. Morrison
    **SARAH D. MORRISON, CHIEF JUDGE**
    **UNITED STATES DISTRICT COURT**